UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22853-CIV-DPG

JOSE F. VELIZ and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                        )
               Plaintiff, )
   vs. )
                                                        )
FORCEMANAGEMENT GROUP, INC., )
GINA ROSSI, )
                                                        )
               Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE4]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with the Court's Notice [DE4], and states that Plaintiff has provided Defendants, K FORCEMANAGEMENT GROUP, INC., and GINA ROSSI, by and through their counsel, with the Court's Notice [DE4], and, in accordance with same, Plaintiffs' Statement of Claim [DE7] and Plaintiff's pay stubs and time sheets, on 8/6/18.

                                               Respectfully submitted,

                                               J. H. ZIDELL, P.A.
                                               ATTORNEYS FOR PLAINTIFF
                                               300-71ST STREET, SUITE 605
                                               MIAMI BEACH, FLORIDA 33141
                                               305-865-6766
                                               305-865-7167

                                               By:_s/ Neil Tobak, Esq. ___
                                                     Neil Tobak, Esquire
                                                     Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/6/18 TO:**

**John Bradley Agnetti**
**Hoffman Larin & Agnetti**
**909 N Miami Beach Boulevard**
**Suite 201**
**North Miami Beach, FL 33162-3712**
**305-653-5555**
**Fax: 940-0090**
**Email: john@hlalaw.com**

**BY:\_\_\_/s/\_\_\_Neil Tobak_____**
         **NEIL TOBAK, ESQ.**