UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**1:18-CV-22853-DPG**

**JOSE F. VELIZ**,

               Plaintiff,

v.

**FORCEMANAGEMENT GROUP**, INC.,
**GINA ROSSI**,

               Defendants.

_____/

**MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendants, GINA ROSSI & FORCEMANAGEMENT, INC., move to extend the time to answer or otherwise respond to the Complaint by thirty (30) days, with such answer or response to be due on or before September 7, 2018, and in support as follows:

1. On August 2, 2018, the firm of Hoffman, Larin, & Agnetti, P.A. was retained by FORCEMANAGEMENT GROUP, INC. & GINA ROSSI, to represent the Defendants in this action.

2. Counsel for Defendants has not had significant opportunity to obtain necessary information from Defendants to learn the facts of the case.

3. No scheduling order has been entered yet by this Court. Granting this motion for extension of time will not alter or impact an existing trial calendar and will not prejudice Plaintiff.

4. Pursuant to FRCP 6, Defendants request a thirty (30) day extension time to file an answer or other response to Plaintiff's Complaint such that Defendant's answer or other response shall be due on or before September 7, 2018.

WHEREFORE, Plaintiff and Defendant request that the Court grant this Motion for Extension of Time to Answer or Respond and enter the attached form of order.

Dated: August 6, 2018

Respectfully submitted,

HOFFMAN, LARIN, & AGNETTI, P.A.

/S/JOHN B. AGNETTI, ESQ.

JOHN B. AGNETTI, ESQ.

/S/NARDO DORSIN, ESQ.

NARDO DORSIN, ESQ.

909 N. MIAMI BEACH BLVD, SUITE 201

MIAMI, FL 33162

305-653-5555

JOHN@HLALAW.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document was served via the on August 6, 2018 upon: J.H. ZIDDELL, P.A., Counsel for Plaintiff, via the Electronic Filing System.

/s/ JOHN B. AGNETTI, ESQ.

JOHN B. AGNETTI, ESQ.