# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

## 1:18-CV-22853-DPG

**JOSE F. VELIZ**,

        Plaintiff,

v.

**FORCEMANAGEMENT GROUP**, INC.,
**GINA ROSSI**,

        Defendants.

_____/

## AMENDED FIRST MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, GINA ROSSI, moves to extend the time to answer or otherwise respond to the Complaint by fourteen (14) days, with such answer or response to be due on or before August 22, 2018, and in support as follows:

1. On or about August 2, 2018, the firm of Hoffman, Larin, & Agnetti, P.A. was retained by Defendant GINA ROSSI to represent the Defendant in this action.

2. Counsel for Defendant has not had significant opportunity to obtain necessary information from Defendant to learn the facts of the case.

3. No scheduling order has been entered yet by this Court. Granting this motion for extension of time will not alter or impact an existing trial calendar and will not prejudice Plaintiff.

4. Counsel for the Plaintiffs have no objection to a fourteen (14) day extension.

5. Pursuant to FRCP 6, Defendants request a fourteen (14) day extension time to file an answer or other response to Plaintiff's Complaint such that Defendant's answer or other response shall be due on or before August 22, 2018.

WHEREFORE, Defendant, GINA ROSSI, respectfully requests that the Court grant this Motion for Extension of Time to Answer or Respond and enter the attached form of order.

Dated: August 7, 2018

Respectfully submitted,

HOFFMAN, LARIN, & AGNETTI, P.A.

/S/JOHN B. AGNETTI, ESQ.

JOHN B. AGNETTI, ESQ.

/S/NARDO DORSIN, ESQ.

NARDO DORSIN, ESQ.

909 N. MIAMI BEACH BLVD, SUITE 201

MIAMI, FL 33162

305-653-5555

JOHN@HLALAW.COM

### CERTIFICATE OF CONFERENCE

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith and opposing counsel has no objection to a fourteen (14) day extension.

/s/ NARDO DORSIN, ESQ.

NARDO DORSIN, ESQ.

### CERTIFICATE OF SERVICE

I hereby certify that this document was served via the on August 7, 2018 upon: J.H. ZIDDELL, P.A., Counsel for Plaintiff, via the Electronic Filing System.

/s/ JOHN B. AGNETTI, ESQ.

JOHN B. AGNETTI, ESQ.