UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22853-CIV-DPG

| | |
|---|---|
| JOSE F. VELIZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| FORCEMANAGEMENT GROUP, INC., GINA ROSSI, | ) ) ) |
| Defendants. _____ | ) ) |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY THE CLERK AS TO ONLY DEFENDANT, FORCEMANAGEMENT GROUP, INC.**

COMES NOW THE PLAINTIFF, BY AND THROUGH COUNSEL, AND STATES:

On July 30, 2018, the Corporate Defendant, FORCEMANAGEMENT GROUP, INC., was served with the initial Complaint. [DE14]. As per [DE14], the Corporate Defendant, FORCEMANAGEMENT GROUP, INC., has not responded timely and should be defaulted regarding the initial Complaint. [DE1].

**MORANDUM OF LAW**

The Corporate Defendant, FORCEMANAGEMENT GROUP, INC., was served with the initial Complaint on July 30, 2018. [DE14]. Under Fed. R Civ. P. Rule 4, the Corporate Defendant, FORCEMANAGEMENT GROUP, INC., was required to file a responsive pleading/answer on or before August 20, 2018 or move the Court for an extension of time but, as of the date of filing the instant Motion, said Defendant has not responded timely. Defendant did not file a responsive pleading/answer timely and/or have failed to respond pursuant to Fed. R

Civ. P. 12(a)(1)(A).  A clerk's default ought therefore be entered pursuant to Fed. R Civ. P. 55 as to the Corporate Defendant, FORCEMANAGEMENT GROUP, INC.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THE CLERK TO ENTER A DEFAULT AGAINST DEFENDANT, FORCEMANAGEMENT GROUP, INC., IN RELATION TO THE COMPLAINT [DE1].

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Neil Tobak, Esq. ___
      Neil Tobak, Esquire
      Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/21/18 TO:**

**John Bradley Agnetti
Hoffman Larin & Agnetti
909 N Miami Beach Boulevard
Suite 201
North Miami Beach, FL 33162-3712
305-653-5555
Fax: 940-0090
Email: john@hlalaw.com**

  **BY:___/s/___Neil Tobak_____
      NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22853-CIV-DPG

JOSE F. VELIZ and all others similarly         )
situated under 29 U.S.C. 216(b),               )
                                               )
            Plaintiff,                         )
    vs.                                        )
                                               )
FORCEMANAGEMENT GROUP, INC.,                   )
GINA ROSSI,                                    )
                                               )
            Defendants.                        )
_____        )

**CLERK'S DEFAULT JUDGEMENT AS TO ONLY DEFENDANT
FORCEMANAGEMENT GROUP, INC.**

Presently pending before the Clerk is Plaintiff's Motion for Entry of Default by the Clerk as to Defendant, FORCEMANAGEMENT GROUP, INC.  As indicated by [DE14] on the docket, the Defendant, FORCEMANAGEMENT GROUP, INC., has failed to respond timely, and therefore a Clerk's Default Judgment pursuant to Fed. R Civ. P. 55 is hereby **ENTERED** against Defendant, FORCEMANAGEMENT GROUP, INC., as to the initial Complaint [DE1].

**DONE AND ENTERED** at Miami, Florida, this ___ day of _____ 2018.

_____
                                **DEPUTY CLERK**

cc:     Counsel of record

**FORCEMANAGEMENT GROUP, INC**
**Registered Agent: ROBLEDO, ANTHONY**
**8180 NW 36 STREET #100**
**MIAMI, FL 33166**

**GINA ROSSI**
**1440 CORAL RIDGE DRIVE # 276**
**CORAL SPRINGS, FL 33071**