UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

1:18-CV-22853-DPG

**JOSE F. VELIZ**,

        Plaintiff,

v.

**FORCEMANAGEMENT GROUP**, **INC.**,
**GINA ROSSI**,

        Defendants.
_____/

## **DEFENDANT'S, FORCEMANAGEMENT, ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendant, **FORCEMANAGEMENT GROUP, INC.**, by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint, and responds as follows:

1. Admitted.

2. Without knowledge and therefore denied.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Without sufficient knowledge.

14. Without sufficient knowledge.

15. Denied.

Dated: August 21, 2018                         Respectfully submitted,

                                               HOFFMAN, LARIN, & AGNETTI, P.A.

                                               909 N. MIAMI BEACH BLVD

                                               MIAMI, FL 33162

                                               305-653-5555

                                               305-940-0090

                                               By:/S/ JOHN B. AGNETTI, ESQ.

                                               PLEADINGS@HLALAW.COM

                                               Attorney for Defendants