UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-22853-CIV-DPG

JOSE F. VELIZ and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                                              )
                Plaintiff, )
  vs. )
                                                                            )
FORCEMANAGEMENT GROUP, INC., )
GINA ROSSI, )
                                                                              )
                Defendants. )
_____ )

## JOINT SCHEDULING REPORT

Plaintiff and Defendants, by and through the undersigned counsel, pursuant to Fed.R. Civ. P. 26(f), S.D. Fla. L.R. 16.1(B), and the Court's Order [*DE26*], hereby file this Joint Scheduling Report.

A.    The Likelihood of Settlement

The Parties will make efforts to confer and explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5). Should the case not settle at the Parties will continue to explore settlement as this case progresses further.

B.    The Likelihood of Appearance In the Action of Additional Parties

At the present time, the Defendants do not anticipate that any other Party will be added. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable. Defendants reserve the right to add additional parties, if through discovery, the need for adding additional parties is necessary for the purposes of filing a counterclaim, including, but not limited to, a claim for fraud on the court.

C.    Proposed Limit on The Time:

See attached Exhibit A "Proposed Scheduling Order".

D.    Proposals for the Formulation and Simplification of Issues

        The Parties agree to cooperate in trying to simplify the issues through discovery.

E.      <u>The Necessity or Desirability of Amendments to the Pleadings</u>

        Plaintiff may amend pursuant to deadlines relevant to opt-in and class certification issues. Defendants reserve the right to amend their responsive pleadings and to add affirmative defenses, if any such issues arise through discovery

F.      <u>The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof</u>

        The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees.  At this time, there is no need for any advance rulings with respect to admissibility of evidence.

G.      <u>Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence</u>

        The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

H.      <u>Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master</u>

        The Parties do not agree to consent to the Magistrate at this time as set forth in attachment regarding Magistrate election.

I.      <u>Preliminary Estimate of the Time Required for Trial</u>

        The Parties estimate this case will require 3 to 4 days for a jury trial.

J.      <u>Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial</u>

        The Parties are not in need for any conference before trial, other than a Calendar Call, which the Parties request to occur on August 28, 2019. The Parties further request Trial to occur on the two-week period of September 4, 2019.

K.      <u>Other Issues</u>

        None at this time.

By: */s/ Neil Tobak, Esq.*  
J.H. Zidell, Esq.  
Florida Bar No. 93940  
E-mail: ntobak.zidellpa@gmail..com  
J.H. ZIDELL, P.A.  
300 71st Street, Suite 605  
Miami Beach, FL 33141  
Telephone: (305) 865-6766  
Facsimile: (305) 865-7167  
*Attorney for Plaintiff*

By: */s/ John Bradley Agnetti*  
John Bradley Agnetti, Esq.  
Fla. Bar No.: 359841  
Email: john@hlalaw.com  
Hoffman Larin & Agnetti  
909 N Miami Beach Boulevard Suite 201  
North Miami Beach, FL 33162-3712  
305-653-5555  
Fax: 940-0090  
*Attorney for Defendants*

Case 1:18-cv-22853-DPG   Document 27   Entered on FLSD Docket 11/30/2018   Page 3 of 3