UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22853-CIV-DPG

JOSE F. VELIZ and all others similarly )
situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
  vs. )
)
FORCEMANAGEMENT GROUP, INC., )
GINA ROSSI, )
)
        Defendants. )
_____ )

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **[09/04/2019]**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, [08/28/2019]**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, [02/13/2019]**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **[02/10/2019]** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[04/30/2019]** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[03/31/2019]** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[4/30/209]** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[05/15/2019]** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **[01/31/2019]** |
| 7. | Fact discovery shall be completed by **[at least five months before Trial date]** | **[06/10/2019]** |

8. Expert discovery shall be completed by **[at least five months before Trial date]** **[06/10/2019]**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **[at least four months before Trial date]** **[07/08/2019]**

10. Mediation shall be completed by **[at least three months before Trial date]**[5] **[03/11/2019]**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[at least two months before Trial date]** **[08/05/2019]**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[at least one month before Trial date]** **[08/19/2019]**

13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by **[no later than 48 hours prior to Calendar Call]** **[08/26/2019]**

By: */s/ Neil Tobak, Esq.*_____
   J.H. Zidell, Esq.
   Florida Bar No. 93940
   E-mail: ntobak.zidellpa@gmail..com
   J.H. ZIDELL, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141
   Telephone: (305) 865-6766
   Facsimile: (305) 865-7167
   *Attorney for Plaintiff*

By: */s/ John Bradley Agnetti*_____
   John Bradley Agnetti, Esq.
   Fla. Bar No.: 359841
   Email: john@hlalaw.com
   Hoffman Larin & Agnetti
   909 N Miami Beach Boulevard Suite 201
   North Miami Beach, FL 33162-3712
   305-653-5555
   Fax: 940-0090
   *Attorney for Defendants*